**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**


| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )    **CASE NO. 05-00358-01-CR-W-NKL** |
| **LEE A. PETERS,** | ) |
| | ) |
| **Defendant.** | ) |


**ACCEPTANCE OF PLEA OF GUILTY**
**AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of United States Magistrate Judge John

Maughmer, to which no objection has been filed, the plea of guilty to the Indictment is now

accepted. Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent order

of the court.


s/ NANETTE K. LAUGHREY
NANETTE K. LAUGHREY
United States District Judge

September 5, 2006
Kansas City, Missouri